# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00678-CV

**In re Richard Scheller**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On December 2, 2009, relator Richard Scheller filed his petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. On December 10, we issued an order staying the trial court's order pending our resolution of Scheller's petition, allowing the real party in interest until December 22 to file a response. Having reviewed the petition, response, and record, we dissolve our stay and deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Waldrop

Filed: December 23, 2009